UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IBRAHIM EKAIDI** | **CIVIL ACTION** |
| **VERSUS** | **No. 16-7523** |
| **BOARD OF SUPERVISORS OF THE SOUTHERN UNIVERSITY SYSTEM ET AL.** | **SECTION I** |

## JUDGMENT

Considering the Court's order granting the defendants' motion for summary judgment,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that there be final judgment in favor of the defendants and against the plaintiff on all claims.

**IT IS FURTHER ORDERED** that the 42 U.S.C. § 1985(3) claim and the Title VII retaliation claim premised on Ekaidi's removal from the SUNO hiring committee are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Title VII hostile workplace claim, the Title VII failure to promote retaliation claim, the Title VII failure to promote discrimination claim, and any state law claims are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that each party shall bear its own costs.

New Orleans, Louisiana, February 22, 2017.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE